AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:25-mj-8-PAS |
| | ) | |
| Edward Antonio Reyes Calderon | ) | |
| *Defendant* | | |

**RECEIVED**
By Dianna Prete at 2:31 pm, Mar 04, 2025

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Edward Antonio Reyes Calderon,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § 111(a): Forcibly assaulting, resisting federal arrest

Date:  March 4, 2025

*Issuing officer's signature*

City and state:   **Providence, Rhode Island**        Patricia A. Sullivan, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/4/2025, and the person was arrested on *(date)* 3/7/2025
at *(city and state)*  Providence, RI.

Date: 3/7/2025

**WARRANT EXECUTED**
U.S. MARSHALS SERVICE

*Arresting officer's signature*

MAR 07 2025

District of Rhode Island
*Printed name and title*